Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

Roanoke Division

NOV 29 2022

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

David Linton

_____

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

United States

_____

Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 7:22CV00581

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

# COMPLAINT FOR A CIVIL CASE

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | David Linton |
| Street Address | P.O. Box 3021 1733 Grandin Rd Roanoke, VA 24015-8777 |
| City and County | Roanoke |
| State and Zip Code | VA 24015-8777 |
| Telephone Number | (540) 519-5791 |
| E-mail Address | Stormsrevolution@gmail.com |

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name                                   United States
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 2
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 3
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 4
    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.  42 USC §1983

1st, 4th, 5th, 9th Amendments

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)*

   _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I am one of the victims of Donald Trump's conspiracy against rights that is a Rico Conspiracy, with Russia and terrorism that transends national boundaries, that violate section 2 of the smith Act. Please see attatched complaint for further details. 1st, 4th, 5th and 9th amedment violation see attatched complaint.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$ 100,000,000 Nominal Damages
$ 100,000,000 Compensentory Damages
    for each violation of my 1st, 4th, 5th + 9th Amendments
    Rights

Multiplied by 3 under statutes I terrorism
Traitors held accountable for treason and private entities shut
down that aid spreade

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/29/2022

Signature of Plaintiff     David Linton     Pro Se

Printed Name of Plaintiff     David Linton     Pro Se

### B. For Attorneys

Date of signing: _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Street Address     _____

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____

*Civil Action No 7:22CV00590*

1

# Complaint

The perpetrators engaged in racketeering activity, in a violation of the Smith Act Section 2 and conspiracy against rights that utilized a coordinated efforts to distribute subversive materials via various means including print, internet, telecommunications and broadcast to advocate the overthrow of government in a conspiracy against rights by inciting a race war and distributing materials intended to undermine the citizens of the United States faith in democratic processes and incite one race to insurrection against another race in conspiracy with Donald Trump, members of the MAGA Republican Party, and private organizations, that are subject to foreign control by Russia. Their coordinated effort is an act of treason by the defendants owing allegiance to the United States that resulted in a treasonable design.

Donald Trump committed treason along with others listed and those unknown that have previously taken an oath to uphold the Constitution. Donald Trump and his coconspirators engaged in a conspiracy to distribute subversive materials to incite one race to insurrection against another race and violent interference with federally protected rights, in a conspiracy against rights, by utilizing false propaganda across multiple channels of communication including print, internet, television and radio broadcast, for financial gain, in a RICO conspiracy, with Russia, committing terrorism transcending national boundaries, that violates Section 2 of the Smith Act. *Additional Summary of facts with in depth detail on pages 27-31*

**VA § 18.2-7. Criminal act not to merge civil remedy.**
The commission of a crime shall not stay or merge any civil remedy.

## VA § 18.2-485. Conspiring to incite one race to insurrection against another race.
If any person conspire with another to incite the population of one race to acts of violence and war against the population of another race, he shall, whether such acts of violence and war be made or not, be guilty of a Class 4 felony.

## VA § 18.2-481. Treason defined; how proved and punished.
Treason shall consist only in:

(1) Levying war against the Commonwealth;

(2) Adhering to its enemies, giving them aid and comfort;

(3) Establishing, without authority of the legislature, any government within its limits separate from the existing government;

(4) Holding or executing, in such usurped government, any office, or professing allegiance or fidelity to it; or

(5) Resisting the execution of the laws under color of its authority.

Such treason, if proved by the testimony of two witnesses to the same overt act, or by confession in court, shall be punishable as a Class 2 felony.

## VA § 18.2-484. Advocacy of change in government by force, violence or other unlawful means.

It shall be unlawful for any person, group, or organization to advocate any change, by force, violence, or other unlawful means in the government of the Commonwealth of Virginia or any of its subdivisions or in the government of the United States of America.

It shall be unlawful for any person to join, assist or otherwise contribute to any group or organization which, to the knowledge of such person, advocates or has as its purpose, aim or objective, any change, by force, violence, or other unlawful means in the government of the Commonwealth of Virginia or any of its subdivisions or in the government of the United States of America.

Violation of this section shall be punishable as a Class 6 felony.

Nothing herein shall be construed to limit or prohibit the advocacy, orally or otherwise, of any change, by peaceful means, in the government of the Commonwealth or any of its subdivisions or in the government of the United States.

## 18 U.S. Code § 13 - Laws of States adopted for areas within Federal jurisdiction
## (a)

Whoever within or upon any of the places now existing or hereafter reserved or acquired as provided in section 7 of this title, or on, above, or below any portion of the territorial sea of the United States not within the jurisdiction of any State, Commonwealth, territory, possession, or district is guilty of any act or omission which, although not made punishable by any enactment of Congress, would be punishable if committed or omitted within the jurisdiction of the State, Territory, Possession, or District in which such place is situated, by the laws thereof in force at the time of such act or omission, shall be guilty of a like offense and subject to a like punishment.

## 18 USC §2674. Liability of United States

The United States shall be liable, respecting the provisions of this title relating to tort claims, in the same manner and to the same extent as a private individual under like circumstances, but shall not be liable for interest prior to judgment or for punitive damages.

## 18 U.S. Code § 2333 - Civil remedies

### (a)Action and Jurisdiction.—

Any national of the United States injured in his or her person, property, or business by reason of an act of international terrorism, or his or her estate, survivors, or heirs, may sue therefor in any appropriate district court of the United States and shall recover threefold the damages he or she sustains and the cost of the suit, including attorney's fees.

## Smith Act Section 2

Approved, June 28, 1940 . AN ACT 54 STAT .I 76TH CONG., 3D SESS .-CH. 439-JUNE 28, 1940 SEC. 2. (a) It shall be unlawful for any person- (1) to knowingly or willfully advocate, abet, advise, or teach the duty, necessity, desirability, or propriety of overthrowing or destroying any government in the United States by force or violence, or by the assassination of any officer of any such government ; (2) with the intent to cause the overthrow or destruction of any government in the United States, to print, publish, edit, issue, circulate, sell, distribute, or publicly display any written or printed matter advocating, advising, or teaching the duty, necessity, desirability, or propriety of overthrowing or destroying any government in the United States by force or violence ; (3) to organize or help to organize any society, group, or assembly of persons who teach, advocate, or encourage the overthrow or destruction of any government in the United States by force or violence ; or to be or become a member of, or affiliate with, any such society, group, or assembly of persons, knowing the purposes thereof. (b) For the purposes of this section, the term "government in the United States" means the Government of the United States, the government of any State, Territory, or possession of the United States, the government of the District of Columbia, or the government of any political subdivision of any of them . SEC. 3. It shall be unlawful for any person to attempt to commit, or to conspire to commit, any of the acts prohibited by the provisions of this title . SEC. 4 . Any written or printed matter of the character described in section 1 or section 2 of this Act, which is intended for use in violation of this Act, may be taken from any house or other place in which it may be found, or from any person in whose possession it may be, under a search warrant issued pursuant to the provisions of title XI of the Act

entitled "An Act to punish acts of interference with the foreign relations, the neutrality and the foreign commerce of the United States, to punish espionage, and better to enforce the criminal laws of the United States, and for other purposes", approved June 15, 1917 (40 Stat . 228 ; U. S . C ., title 18, ch . 18) . SEC. 5 . (a) Any person who violates any of the provisions of this title shall, upon conviction thereof, be fined not more than $10,000 or imprisoned for not more than ten years, or both . (b) No person convicted of violating any of the provisions of this title shall, during the five years next following his conviction, be eligible for employment by the United States, or by any department or agency thereof (including any corporation the stock of which is wholly owned by the United States) .

## 18 USC §333. Interference with State and Federal law

The President, by using the militia or the armed forces, or both, or by any other means, shall take such measures as he considers necessary to suppress, in a State, any insurrection, domestic violence, unlawful combination, or conspiracy, if it—

(1) so hinders the execution of the laws of that State, and of the United States within the State, that any part or class of its people is deprived of a right, privilege, immunity, or protection named in the Constitution and secured by law, and the constituted authorities of that State are unable, fail, or refuse to protect that right, privilege, or immunity, or to give that protection; or

(2) opposes or obstructs the execution of the laws of the United States or impedes the course of justice under those laws.

## 18 USC §2381. Treason

Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

## 18 USC § 2386

(A) For the purposes of this section:

"Attorney General" means the Attorney General of the United States;

"Organization" means any group, club, league, society, committee, association, political party, or combination of individuals, whether incorporated or otherwise, but such term shall not include any corporation, association, community chest, fund, or foundation, organized and operated exclusively for religious, charitable, scientific, literary, or educational purposes;

"Political activity" means any activity the purpose or aim of which, or one of the purposes or aims of which, is the control by force or overthrow of the Government of the United States or a political subdivision thereof, or any State or political subdivision thereof;

An organization is "subject to foreign control" if:

(a) it solicits or accepts financial contributions, loans, or support of any kind, directly or indirectly, from, or is affiliated directly or indirectly with, a foreign government or a political subdivision thereof, or an agent, agency, or instrumentality of a foreign government or political subdivision thereof, or a political party in a foreign country, or an international political organization; or

(b) its policies, or any of them, are determined by or at the suggestion of, or in collaboration with, a foreign government or political subdivision thereof, or an agent, agency, or instrumentality of a foreign government or a political subdivision thereof, or a political party in a foreign country, or an international political organization.

## 18 USC §2385. Advocating overthrow of Government

Whoever knowingly or willfully advocates, abets, advises, or teaches the duty, necessity, desirability, or propriety of overthrowing or destroying the government of the United States or the government of any State, Territory, District or Possession thereof, or the government of any political subdivision therein, by force or violence, or by the assassination of any officer of any such government; or

Whoever, with intent to cause the overthrow or destruction of any such government, prints, publishes, edits, issues, circulates, sells, distributes, or publicly displays any written or printed matter advocating, advising, or teaching the duty, necessity, desirability, or propriety of overthrowing or destroying any government in the United States by force or violence, or attempts to do so; or

Whoever organizes or helps or attempts to organize any society, group, or assembly of persons who teach, advocate, or encourage the overthrow or destruction of any such government by force or violence; or becomes or is a member of, or affiliates with, any such society, group, or assembly of persons, knowing the purposes thereof—

Shall be fined under this title or imprisoned not more than twenty years, or both, and shall be ineligible for employment by the United States or any department or agency thereof, for the five years next following his conviction.

If two or more persons conspire to commit any offense named in this section, each shall be fined under this title or imprisoned not more than twenty years, or both, and shall be ineligible for employment by the United States or any department or agency thereof, for the five years next following his conviction.

As used in this section, the terms "organizes" and "organize", with respect to any society, group, or assembly of persons, include the recruiting of new members, the forming of new units, and the regrouping or expansion of existing clubs, classes, and other units of such society, group, or assembly of persons.

## 18 U.S. Code § 241 - Conspiracy against rights

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

1st Amendment Violation

4th Amendment Violation

5th Amendment Violation

9th Amendment Violation

## 18 U.S. Code § 242 - Deprivation of rights under color of law

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this

section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

1st Amendment Violation

4th Amendment Violation

5th Amendment Violation

9th Amendment Violation

## 18 U.S. Code § 245 - Federally protected activities

**(a)**

**(1)**

Nothing in this section shall be construed as indicating an intent on the part of Congress to prevent any State, any possession or Commonwealth of the United States, or the District of Columbia, from exercising jurisdiction over any offense over which it would have jurisdiction in the absence of this section, nor shall anything in this section be construed as depriving State and local law enforcement authorities of responsibility for prosecuting acts that may be violations of this section and that are violations of State and local law. No prosecution of any offense described in this section shall be undertaken by the United States except upon the certification in writing of the Attorney General, the Deputy Attorney General, the Associate Attorney General, or any Assistant Attorney General specially designated by the Attorney General that in his judgment a prosecution by the United States is in the public interest and necessary to secure substantial justice, which function of certification may not be delegated.

**(2)**

Nothing in this subsection shall be construed to limit the authority of Federal officers, or a Federal grand jury, to investigate possible violations of this section.

**(b)**Whoever, whether or not acting under color of law, by force or threat of force willfully injures, intimidates or interferes with, or attempts to injure, intimidate or interfere with—

**(1)**any person because he is or has been, or in order to intimidate such person or any other person or any class of persons from—

**(A)**

voting or qualifying to vote, qualifying or campaigning as a candidate for elective office, or qualifying or acting as a poll watcher, or any legally authorized election official, in any primary, special, or general election;

**(B)**

participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States;

**5)**

any citizen because he is or has been, or in order to intimidate such citizen or any other citizen from lawfully aiding or encouraging other persons to participate, without discrimination on account of race, color, religion or national origin, in any of the benefits or activities described in subparagraphs (1)(A) through (1)(E) or subparagraphs (2)(A) through (2)(F), or participating lawfully in speech or peaceful assembly opposing any denial of the opportunity to so participate—

shall be fined under this title, or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire shall be fined under this title, or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death. As used in this section, the term "participating lawfully in speech or peaceful assembly" shall not mean the aiding, abetting, or inciting of other persons to riot or to commit any act of physical violence upon any individual or against any real or personal property in furtherance of a riot.

**(c)**

Nothing in this section shall be construed so as to deter any law enforcement officer from lawfully carrying out the duties of his office; and no law enforcement officer shall be considered to be in violation of this section for lawfully carrying out the duties of his office or lawfully enforcing ordinances and laws of the United States, the District of Columbia, any of the several States, or any political subdivision of a State. For purposes of the preceding sentence, the term "law enforcement officer" means any officer of the United States, the District of Columbia, a State, or political subdivision of a State, who is empowered by law to

conduct investigations of, or make arrests because of, offenses against the United States, the District of Columbia, a State, or a political subdivision of a State.

**(d)**

For purposes of this section, the term "State" includes a State of the United States, the District of Columbia, and any commonwealth, territory, or possession of the United States.

1st Amendment Violation

4th Amendment Violation

5th Amendment Violation

9th Amendment Violation

### 18 U.S. Code § 249 - Hate crime acts

**(a)IN GENERAL.—**

**(1)OFFENSES INVOLVING ACTUAL OR PERCEIVED RACE, COLOR, RELIGION, OR NATIONAL ORIGIN.—**Whoever, whether or not acting under color of law, willfully causes bodily injury to any person or, through the use of fire, a firearm, a dangerous weapon, or an explosive or incendiary device, attempts to cause bodily injury to any person, because of the actual or perceived race, color, religion, or national origin of any person—

**(A)**

shall be imprisoned not more than 10 years, fined in accordance with this title, or both; and

**(B)**shall be imprisoned for any term of years or for life, fined in accordance with this title, or both, if—

**(i)**

death results from the offense; or

**(ii)**

the offense includes kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill.

**(2)**Offenses involving actual or perceived religion, national origin, gender, sexual orientation, gender identity, or disability.—

**(A)**In general.—Whoever, whether or not acting under color of law, in any circumstance described in subparagraph (B) or paragraph (3), willfully causes bodily injury to any person or, through the use of fire, a firearm, a dangerous weapon, or an explosive or incendiary device, attempts to cause bodily injury to any person, because of the actual or perceived religion, national origin, gender, sexual orientation, gender identity, or disability of any person—

**(i)**

shall be imprisoned not more than 10 years, fined in accordance with this title, or both; and

**(ii)**shall be imprisoned for any term of years or for life, fined in accordance with this title, or both, if—

**(I)**

death results from the offense; or

**(II)**

the offense includes kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill.

**(B)**Circumstances described.—For purposes of subparagraph (A), the circumstances described in this subparagraph are that—

**(i)**the conduct described in subparagraph (A) occurs during the course of, or as the result of, the travel of the defendant or the victim—

**(I)**

across a State line or national border; or

**(II)**

using a channel, facility, or instrumentality of interstate or foreign commerce;

**(ii)**

the defendant uses a channel, facility, or instrumentality of interstate or foreign commerce in connection with the conduct described in subparagraph (A);

**(iii)**

in connection with the conduct described in subparagraph (A), the defendant employs a firearm, dangerous weapon, explosive or incendiary device, or other weapon that has traveled in interstate or foreign commerce; or

**(iv)**the conduct described in subparagraph (A)—

**(I)**

interferes with commercial or other economic activity in which the victim is engaged at the time of the conduct; or

**(II)**

otherwise affects interstate or foreign commerce.

**(3)OFFENSES OCCURRING IN THE SPECIAL MARITIME OR TERRITORIAL JURISDICTION OF THE UNITED STATES.—**

Whoever, within the special maritime or territorial jurisdiction of the United States, engages in conduct described in paragraph (1) or in paragraph (2)(A) (without regard to whether that conduct occurred in a circumstance described in paragraph (2)(B)) shall be subject to the same penalties as prescribed in those paragraphs.

**(4)GUIDELINES.—**

All prosecutions conducted by the United States under this section shall be undertaken pursuant to guidelines issued by the Attorney General, or the designee of the Attorney General, to be included in the United States Attorneys' Manual that shall establish neutral and objective criteria for determining whether a crime was committed because of the actual or perceived status of any person.

**(6)OTHER CONSPIRACIES.—**

Whoever conspires to commit any offense under paragraph (1), (2), or (3) shall, if death or serious bodily injury (as defined in section 2246 of this title) results from the offense, or if the offense includes kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, be imprisoned for not more than 30 years, fined in accordance with this title, or both.

**(B)CERTIFICATION REQUIREMENT.—**

**(1)**IN GENERAL.—No prosecution of any offense described in this subsection may be undertaken by the United States, except under the certification in writing of the Attorney General, or a designee, that—

**(D)**

a prosecution by the United States is in the public interest and necessary to secure substantial justice.

1st Amendment Violation

4th Amendment Violation

5th Amendment Violation

9th Amendment Violation

## 18 U.S. Code § 2246 - Definitions for chapter

**(4)**

the term "serious bodily injury" means bodily injury that involves a substantial risk of death, unconsciousness, extreme physical pain, protracted and obvious disfigurement, or protracted loss or impairment of the function of a bodily member, organ, or mental faculty;

## 18 U.S. Code § 1201 - Kidnapping

**(a)**Whoever unlawfully seizes, confines, inveigles, decoys, kidnaps, abducts, or carries away and holds for ransom or reward or otherwise any person, except in the case of a minor by the parent thereof, when—

**(1)**

the person is willfully transported in interstate or foreign commerce, regardless of whether the person was alive when transported across a State boundary, or the offender travels in interstate or foreign commerce or uses the mail or any means, facility, or instrumentality of interstate or foreign commerce in committing or in furtherance of the commission of the offense;

**(2)**

any such act against the person is done within the special maritime and territorial jurisdiction of the United States;

**(3)**

any such act against the person is done within the special aircraft jurisdiction of the United States as defined in section 46501 of title 49;

**(5)**

the person is among those officers and employees described in section 1114 of this title and any such act against the person is done while the person is engaged in, or on account of, the performance of official duties,

shall be punished by imprisonment for any term of years or for life and, if the death of any person results, shall be punished by death or life imprisonment.

**(b)**

With respect to subsection (a)(1), above, the failure to release the victim within twenty-four hours after he shall have been unlawfully seized, confined, inveigled, decoyed, kidnapped, abducted, or carried away shall create a rebuttable presumption that such person has been transported in interstate or foreign commerce. Notwithstanding the preceding sentence, the fact that the presumption under this section has not yet taken effect does not preclude a Federal investigation of a possible violation of this section before the 24-hour period has ended.

**(c)**

If two or more persons conspire to violate this section and one or more of such persons do any overt act to effect the object of the conspiracy, each shall be punished by imprisonment for any term of years or for life.

**(d)**

Whoever attempts to violate subsection (a) shall be punished by imprisonment for not more than twenty years.

1st Amendment Violation

4th Amendment Violation

5th Amendment Violation

9th Amendment Violation

## 42 USC §1985. Conspiracy to interfere with civil rights

(1) Preventing officer from performing duties

If two or more persons in any State or Territory conspire to prevent, by force, intimidation, or threat, any person from accepting or holding any office, trust, or place of confidence under the United States, or from discharging any duties thereof; or to induce by like means any officer of the United States to leave any State, district, or place, where his duties as an officer are required to be performed, or to injure him in his person or property on account of his lawful discharge of the duties of his office, or while engaged in the lawful discharge thereof, or to injure his property so as to molest, interrupt, hinder, or impede him in the discharge of his official duties;

(3) Depriving persons of rights or privileges

If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

(R.S. §1980.)

1st Amendment Violation

4th Amendment Violation

5th Amendment Violation

9th Amendment Violation

## 42 USC §1983. Civil action for deprivation of rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

1st Amendment Violation

4th Amendment Violation

5th Amendment Violation

9th Amendment Violation

## 18 U.S.C. §594. Intimidation of voters

Whoever intimidates, threatens, coerces, or attempts to intimidate, threaten, or coerce, any other person for the purpose of interfering with the right of such other person to vote or to vote as he may choose, or of causing such other person to vote for, or not to vote for, any candidate for the office of President, Vice President, Presidential elector, Member of the Senate, Member of the House of Representatives, Delegate from the District of Columbia, or Resident Commissioner, at any election held solely or in part for the purpose of electing such candidate, shall be fined under this title or imprisoned not more than one year, or both.

1st Amendment Violation

4th Amendment Violation

5th Amendment Violation

9th Amendment Violation

## 18 U.S.C. §595. Interference by administrative employees of Federal, State, or Territorial Governments

Whoever, being a person employed in any administrative position by the United States, or by any department or agency thereof, or by the District of Columbia or

any agency or instrumentality thereof, or by any State, Territory, or Possession of the United States, or any political subdivision, municipality, or agency thereof, or agency of such political subdivision or municipality (including any corporation owned or controlled by any State, Territory, or Possession of the United States or by any such political subdivision, municipality, or agency), in connection with any activity which is financed in whole or in part by loans or grants made by the United States, or any department or agency thereof, uses his official authority for the purpose of interfering with, or affecting, the nomination or the election of any candidate for the office of President, Vice President, Presidential elector, Member of the Senate, Member of the House of Representatives, Delegate from the District of Columbia, or Resident Commissioner, shall be fined under this title or imprisoned not more than one year, or both.

1st Amendment Violation

4th Amendment Violation

5th Amendment Violation

9th Amendment Violation

## 42 USC §1985. Conspiracy to interfere with civil rights

### (1) PREVENTING OFFICER FROM PERFORMING DUTIES

If two or more persons in any State or Territory conspire to prevent, by force, intimidation, or threat, any person from accepting or holding any office, trust, or place of confidence under the United States, or from discharging any duties thereof; or to induce by like means any officer of the United States to leave any State, district, or place, where his duties as an officer are required to be performed, or to injure him in his person or property on account of his lawful discharge of the duties of his office, or while engaged in the lawful discharge thereof, or to injure his property so as to molest, interrupt, hinder, or impede him in the discharge of his official duties;

1st Amendment Violation

4th Amendment Violation

5th Amendment Violation

9th Amendment Violation

## (3) Depriving persons of rights or privileges

If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

1st Amendment Violation

4th Amendment Violation

5th Amendment Violation

9th Amendment Violation

### 52 U.S.C. §10101

§10101. Voting rights

(a) Race, color, or previous condition not to affect right to vote; uniform standards for voting qualifications; errors or omissions from papers; literacy tests; agreements between Attorney General and State or local authorities; definitions

(1) All citizens of the United States who are otherwise qualified by law to vote at any election by the people in any State, Territory, district, county, city, parish, township, school district, municipality, or other territorial subdivision, shall be entitled and allowed to vote at all such elections, without distinction of race, color, or previous condition of servitude; any constitution, law, custom, usage, or regulation of any State or Territory, or by or under its authority, to the contrary notwithstanding.

(2) No person acting under color of law shall—

(A) in determining whether any individual is qualified under State law or laws to vote in any election, apply any standard, practice, or procedure different from the standards, practices, or procedures applied under such law or laws to other individuals within the same county, parish, or similar political subdivision who have been found by State officials to be qualified to vote;

(B) deny the right of any individual to vote in any election because of an error or omission on any record or paper relating to any application, registration, or other act requisite to voting, if such error or omission is not material in determining whether such individual is qualified under State law to vote in such election; or

(C) employ any literacy test as a qualification for voting in any election unless (i) such test is administered to each individual and is conducted wholly in writing, and (ii) a certified copy of the test and of the answers given by the individual is furnished to him within twenty-five days of the submission of his request made within the period of time during which records and papers are required to be retained and preserved pursuant to title III of the Civil Rights Act of 1960 [52 U.S.C. 20701 et seq.]: Provided, however, That the Attorney General may enter into agreements with appropriate State or local authorities that preparation, conduct, and maintenance of such tests in accordance with the provisions of applicable State or local law, including such special provisions as are necessary in the preparation, conduct, and maintenance of such tests for persons who are blind or otherwise physically handicapped, meet the purposes of this subparagraph and constitute compliance therewith.

(3) For purposes of this subsection—

(A) the term "vote" shall have the same meaning as in subsection (e) of this section;

(B) the phrase "literacy test" includes any test of the ability to read, write, understand, or interpret any matter.

(b) Intimidation, threats, or coercion

No person, whether acting under color of law or otherwise, shall intimidate, threaten, coerce, or attempt to intimidate, threaten, or coerce any other person for the purpose of interfering with the right of such other person to vote or to vote as he may choose, or of causing such other person to vote for, or not to vote for, any candidate for the office of President, Vice President, presidential elector, Member of the Senate, or Member of the House of Representatives, Delegates or Commissioners from the Territories or possessions, at any general, special, or primary election held solely or in part for the purpose of selecting or electing any such candidate.

(E) "When used in the subsection, the word "vote" includes all action necessary to make a vote effective including, but not limited to, registration or other action

required by State law prerequisite to voting, casting a ballot, and having such ballot counted and included in the appropriate totals of votes cast with respect to candidates for public office and propositions for which votes are received in an election;"

1st Amendment Violation

4th Amendment Violation

5th Amendment Violation

9th Amendment Violation

## 52 U.S. Code § 30118 - Contributions or expenditures by national banks, corporations, or labor organizations

### (a)In general

It is unlawful for any national bank, or any corporation organized by authority of any law of Congress, to make a contribution or expenditure in connection with any election to any political office, or in connection with any primary election or political convention or caucus held to select candidates for any political office, or for any corporation whatever, or any labor organization, to make a contribution or expenditure in connection with any election at which presidential and vice presidential electors or a Senator or Representative in, or a Delegate or Resident Commissioner to, Congress are to be voted for, or in connection with any primary election or political convention or caucus held to select candidates for any of the foregoing offices, or for any candidate, political committee, or other person knowingly to accept or receive any contribution prohibited by this section, or any officer or any director of any corporation or any national bank or any officer of any labor organization to consent to any contribution or expenditure by the corporation, national bank, or labor organization, as the case may be, prohibited by this section.

## 52 USC § 30121. Contributions and donations by foreign nationals

(a) Prohibition

It shall be unlawful for-

(1) a foreign national, directly or indirectly, to make-

(A) a contribution or donation of money or other thing of value, or to make an express or implied promise to make a contribution or donation, in connection with a Federal, State, or local election;

(B) a contribution or donation to a committee of a political party; or

(C) an expenditure, independent expenditure, or disbursement for an electioneering communication (within the meaning of section 30104(f)(3) of this title); or

(2) a person to solicit, accept, or receive a contribution or donation described in subparagraph (A) or (B) of paragraph (1) from a foreign national.

## U.S. Code § 1957 - Engaging in monetary transactions in property derived from specified unlawful activity

**(a)**

Whoever, in any of the circumstances set forth in subsection (d), knowingly engages or attempts to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from specified unlawful activity, shall be punished as provided in subsection (b).

**(b)**

**(1)**

Except as provided in paragraph (2), the punishment for an offense under this section is a fine under title 18, United States Code, or imprisonment for not more than ten years or both. If the offense involves a pre-retail medical product (as defined in section 670) the punishment for the offense shall be the same as the punishment for an offense under section 670 unless the punishment under this subsection is greater.

**(2)**

The court may impose an alternate fine to that imposable under paragraph (1) of not more than twice the amount of the criminally derived property involved in the transaction.

**(c)**

In a prosecution for an offense under this section, the Government is not required to prove the defendant knew that the offense from which the criminally derived property was derived was specified unlawful activity.

**(d)**The circumstances referred to in subsection (a) are—

**(1)**

that the offense under this section takes place in the United States or in the special maritime and territorial jurisdiction of the United States; or

**(2)**

that the offense under this section takes place outside the United States and such special jurisdiction, but the defendant is a United States person (as defined in section 3077 of this title, but excluding the class described in paragraph (2)(D) of such section).

**(e)**

Violations of this section may be investigated by such components of the Department of Justice as the Attorney General may direct, and by such components of the Department of the Treasury as the Secretary of the Treasury may direct, as appropriate, and, with respect to offenses over which the Department of Homeland Security has jurisdiction, by such components of the Department of Homeland Security as the Secretary of Homeland Security may direct, and, with respect to offenses over which the United States Postal Service has jurisdiction, by the Postal Service. Such authority of the Secretary of the Treasury, the Secretary of Homeland Security, and the Postal Service shall be exercised in accordance with an agreement which shall be entered into by the Secretary of the Treasury, the Secretary of Homeland Security, the Postal Service, and the Attorney General.

**(f)**As used in this section—

**(1)**

the term "monetary transaction" means the deposit, withdrawal, transfer, or exchange, in or affecting interstate or foreign commerce, of funds or a monetary instrument (as defined in section 1956(c)(5) of this title) by, through, or to a financial institution (as defined in section 1956 of this title), including any transaction that would be a financial transaction under section 1956(c)(4)(B) of this title, but such term does not include any transaction necessary to preserve a person's right to representation as guaranteed by the sixth amendment to the Constitution;

**(2)**

the term "criminally derived property" means any property constituting, or derived from, proceeds obtained from a criminal offense; and

**(3)**

the terms "specified unlawful activity" and "proceeds" shall have the meaning given those terms in section 1956 of this title.

## 18 U.S. Code § 2332b - Acts of terrorism transcending national boundaries

**(a)Prohibited Acts.—**

**(1)Offenses.—**Whoever, involving conduct transcending national boundaries and in a circumstance described in subsection (b)—

**(A)**

kills, kidnaps, maims, commits an assault resulting in serious bodily injury, or assaults with a dangerous weapon any person within the United States; or

**(B)**

creates a substantial risk of serious bodily injury to any other person by destroying or damaging any structure, conveyance, or other real or personal property within the United States or by attempting or conspiring to destroy or damage any structure, conveyance, or other real or personal property within the United States; in violation of the laws of any State, or the United States, shall be punished as prescribed in subsection (c).

**(2)Treatment of threats, attempts and conspiracies.—**

Whoever threatens to commit an offense under paragraph (1), or attempts or conspires to do so, shall be punished under subsection (c).

**(b)Jurisdictional Bases.—**

**(1)Circumstances.—**The circumstances referred to in subsection (a) are—
**(A)**
the mail or any facility of interstate or foreign commerce is used in furtherance of the offense;
**(B)**
the offense obstructs, delays, or affects interstate or foreign commerce, or would have so obstructed, delayed, or affected interstate or foreign commerce if the offense had been consummated;
**(C)**

the victim, or intended victim, is the United States Government, a member of the uniformed services, or any official, officer, employee, or agent of the legislative, executive, or judicial branches, or of any department or agency, of the United States;

**(D)**

the structure, conveyance, or other real or personal property is, in whole or in part, owned, possessed, or leased to the United States, or any department or agency of the United States;

**(E)**

the offense is committed in the territorial sea (including the airspace above and the seabed and subsoil below, and artificial islands and fixed structures erected thereon) of the United States; or

**(F)**

the offense is committed within the special maritime and territorial jurisdiction of the United States.

**(2)Co-conspirators and accessories after the fact.—**
Jurisdiction shall exist over all principals and co-conspirators of an offense under this section, and accessories after the fact to any offense under this section, if at least one of the circumstances described in subparagraphs (A) through (F) of paragraph (1) is applicable to at least one offender.

**(c)Penalties.—**
**(1)Penalties.—**Whoever violates this section shall be punished—
**(A)**
for a killing, or if death results to any person from any other conduct prohibited by this section, by death, or by imprisonment for any term of years or for life;

**(B)**
for kidnapping, by imprisonment for any term of years or for life;

**(C)**
for maiming, by imprisonment for not more than 35 years;

**(D)**
for assault with a dangerous weapon or assault resulting in serious bodily injury, by imprisonment for not more than 30 years;

**(E)**
for destroying or damaging any structure, conveyance, or other real or personal property, by imprisonment for not more than 25 years;

**(F)**

for attempting or conspiring to commit an offense, for any term of years up to the maximum punishment that would have applied had the offense been completed; and

**(G)**

for threatening to commit an offense under this section, by imprisonment for not more than 10 years.

### (2)Consecutive sentence.—

Notwithstanding any other provision of law, the court shall not place on probation any person convicted of a violation of this section; nor shall the term of imprisonment imposed under this section run concurrently with any other term of imprisonment.

**(d)Proof Requirements.**—The following shall apply to prosecutions under this section:

### (1)Knowledge.—

The prosecution is not required to prove knowledge by any defendant of a jurisdictional base alleged in the indictment.

### (2)State law.—

In a prosecution under this section that is based upon the adoption of State law, only the elements of the offense under State law, and not any provisions pertaining to criminal procedure or evidence, are adopted.

**(e)Extraterritorial Jurisdiction.**—There is extraterritorial Federal jurisdiction—
**(1)**

over any offense under subsection (a), including any threat, attempt, or conspiracy to commit such offense; and

**(2)**

over conduct which, under section 3, renders any person an accessory after the fact to an offense under subsection (a).

### (f)Investigative Authority.—

In addition to any other investigative authority with respect to violations of this title, the Attorney General shall have primary investigative responsibility for all Federal crimes of terrorism, and any violation of

section 351(e), 844(e), 844(f)(1), 956(b), 1361, 1366(b), 1366(c), 1751(e), 2152, or 2156 of this title, and the Secretary of the Treasury shall assist the Attorney General at the request of the Attorney General. Nothing in this section shall be construed to interfere with the authority of the United States Secret Service under section 3056.

## 18 U.S. Code Chapter 96 - RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS

## 18 U.S. Code § 1961 - Definitions

As used in this chapter—

**(1)**

"racketeering activity" means (A) any act or threat involving murder, kidnapping, gambling, arson, robbery, bribery, extortion, dealing in obscene matter, or dealing in a controlled substance or listed chemical (as defined in section 102 of the Controlled Substances Act), which is chargeable under State law and punishable by imprisonment for more than one year; (B) any act which is indictable under any of the following provisions of title 18, United States Code: Section 201 (relating to bribery), section 224 (relating to sports bribery), sections 471, 472, and 473 (relating to counterfeiting), section 659 (relating to theft from interstate shipment) if the act indictable under section 659 is felonious, section 664 (relating to embezzlement from pension and welfare funds), sections 891–894 (relating to extortionate credit transactions), section 932 (relating to straw purchasing), section 933 (relating to trafficking in firearms), section 1028 (relating to fraud and related activity in connection with identification documents), section 1029 (relating to fraud and related activity in connection with access devices), section 1084 (relating to the transmission of gambling information), section 1341 (relating to mail fraud), section 1343 (relating to wire fraud), section 1344 (relating to financial institution fraud), section 1351 (relating to fraud in foreign labor contracting), section 1425 (relating to the procurement of citizenship or nationalization unlawfully), section 1426 (relating to the reproduction of naturalization or citizenship papers), section 1427 (relating to the sale of naturalization or citizenship papers), sections 1461–1465 (relating to obscene matter), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), section 1542 (relating to false statement in application and use of passport), section 1543 (relating to forgery or false use of passport), section 1544 (relating to misuse of passport), section 1546 (relating to fraud and misuse of visas, permits, and other documents), sections 1581–1592 (relating to peonage, slavery, and trafficking in persons),.[1] sections 1831 and

1832 (relating to economic espionage and theft of trade secrets), section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering), section 1953 (relating to interstate transportation of wagering paraphernalia), section 1954 (relating to unlawful welfare fund payments), section 1955 (relating to the prohibition of illegal gambling businesses), section 1956 (relating to the laundering of monetary instruments), section 1957 (relating to engaging in monetary transactions in property derived from specified unlawful activity), section 1958 (relating to use of interstate commerce facilities in the commission of murder-for-hire), section 1960 (relating to illegal money transmitters), sections 2251, 2251A, 2252, and 2260 (relating to sexual exploitation of children), sections 2312 and 2313 (relating to interstate transportation of stolen motor vehicles), sections 2314 and 2315 (relating to interstate transportation of stolen property), section 2318 (relating to trafficking in counterfeit labels for phonorecords, computer programs or computer program documentation or packaging and copies of motion pictures or other audiovisual works), section 2319 (relating to criminal infringement of a copyright), section 2319A (relating to unauthorized fixation of and trafficking in sound recordings and music videos of live musical performances), section 2320 (relating to trafficking in goods or services bearing counterfeit marks), section 2321 (relating to trafficking in certain motor vehicles or motor vehicle parts), sections 2341–2346 (relating to trafficking in contraband cigarettes), sections 2421–24 (relating to white slave traffic),[2] sections 175–178 (relating to biological weapons), sections 229–229F (relating to chemical weapons), section 831 (relating to nuclear materials), (C) any act which is indictable under title 29, United States Code, section 186 (dealing with restrictions on payments and loans to labor organizations) or section 501(c) (relating to embezzlement from union funds), (D) any offense involving fraud connected with a case under title 11 (except a case under section 157 of this title), fraud in the sale of securities, or the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance or listed chemical (as defined in section 102 of the Controlled Substances Act), punishable under any law of the United States, (E) any act which is indictable under the Currency and Foreign Transactions Reporting Act, (F) any act which is indictable under the Immigration and Nationality Act, section 274 (relating to bringing in and harboring certain aliens), section 277 (relating to aiding or assisting certain aliens to enter the United States), or section 278 (relating to importation of alien for immoral purpose) if the act indictable under such section of such Act was

committed for the purpose of financial gain, or (G) any act that is indictable under any provision listed in section 2332b(g)(5)(B);

**Summary of facts demonstrating that Donald Trump, the Republican Party and Russia conspired to incite one race to insurrection against another race in a conspiracy against rights and terrorism that transcends national borders, in violation of RICO Statutes and the Smith Act**

Donald Trump conspired with retired United States Army lieutenant general Michael Flynn, Eric Trump, Don Jr Trump, Clay Clark, Alex Jones, and Michael Petro among others both listed and those unknown to form what can only be characterized as the antichrist white nationalist roadshow, the ReAwaken America tour, to spread covid-19 disinformation, animosity by Whites towards Jews, Asians and Blacks, lies about the Bible, Covid-19 conspiracy theory booklets that are spread there contain antisemitic propaganda including an antisemitism riddle that is the basis for most modern conspiracy theories among other books and materials that are racist propaganda, including a pamphlet that spreads antimasking conspiracies including equating masking to the stars jews wore to dehumanize them during the holocaust, to spread White Christian Nationalism and incite an insurrection by one race against another race, in Virginia and throughout the United States, for financial gain.

Donald Trump and the MAGA wing of the Republican Party conspired with Nick Fuentes to distribute subversive materials using various forms of media including print, internet and broadcast to incite an insurrection by one race against another race, spread Covid-19 conspiracies and sow distrust in democratic institutions. Nick Fuentes has been the guest of numerous members of the MAGA wing of the Republican Party at political rallies, to incite an insurrection by one race against another race, for financial gain.

Donald Trump conspired with Jerry Falwell Jr, who gave millions to Trump and spent millions on advertisements for Trump, Charlie Kirk, Ryan Helfenbein, Phill Kline, Rudy Giulani, John MacArthur and others both listed and unknown to establish the Falkirk Center, recently renamed Standing for Freedom Center, at Liberty University, and to spread Covid-19 disinformation, animosity by Whites towards Jews, Asians and Blacks, lies about the Bible, to spread White Christian Nationalism and foment an insurrection between races in Virginia and throughout the United States and election conspiracies to undermine faith in democratic processes in Virginia and throughout the United States utilizing print, internet and broadcast, for financial gain.

Donald Trump and Jerry Falwell Jr along with others both listed and those unknown conspired to make a propaganda movie, utilizing Liberty University's resources to make a movie named "The Trump Prophecy", spreading White Christian Nationalism in theaters, churches, meeting centers and households across the county, to incite one race to insurrection against another race and spread election conspiracies to undermine faith in democratic processes, for financial gain.

Donald Trump conspired with Charlie Kirk and other listed and those unknown to utilize Turning Point USA, Liberty University Chapter, to acquire the address of my residence during the period of 2020 when National Democratic Party Delegates were meeting and voting on how to cast votes for Presidential Electors and had me unlawfully arrested, kidnapped, to try and prevent me, in my office as a National Democratic Party Delegate, from meeting with my fellow National Democratic Party Delegates and casting my votes in a Federal Election held to determine how the Presidential Electors I elected to the Electoral College as a State Democratic Party Delegate and the remaining Presidential Electors from Virginia cast their Electoral College votes as Presidential Electors, in an attempt to block the certification of the Electoral College votes from Virginia.

Donald Trump conspired with Charlie Kirk to utilize Turning Point USA and Turning Point Action to spread Covid-19 disinformation, animosity by whites towards Jews, Asians and Blacks, lies about the Bible, to spread White Christian Nationalism and election conspiracies to enlist an assemblage advocating overthrow of government in Virginia and throughout the United States, for financial gain.

Donald Trump, Stephen Miller, Gene Hamilton, Ian Prior and John Zadrozny conspired to utilize America First Legal and Citizens for Sanity to build animosity between races utilizing various mediums including print, internet, and broadcast to incite one race to insurrection against another race, spread Covid-19 conspiracies, and election lies to undermine faith in democratic processes, in Virginia and throughout the United States, for financial gain.

Donald Trump and Ron DeSantis conspired to spread Covid-19 conspiracies, lies about the Bible and election lies through various mediums including print, internet and broadcast and implement policies designed to foment animosity between races and incite an insurrection against one race by another race, spread White Christian Nationalism and undermine faith in democratic processes, including a television ad DeSantis made that he read a book to a child in, the book called Trump king and spread election conspiracies, that was made to indoctrinate children for Trump and DeSantis, with election conspiracies, to undermine children's faith in democratic institutions, for financial gain.

Donald Trump and Steve Bannon conspired to spread covid-19 conspiracies, build animosity between races to incite one race to insurrection against another race, and election lies to undermine faith in democratic processes, for financial gain.

Donald Trump and Nick Fuentes conspired to utilize print, internet and broadcast to spread Covid-19 conspiracies, spread animosity between races to incite one race to insurrection against another race, and election lies to undermine faith in democratic processes, for financial gain.

Republicans in elected positions within the government or who were candidates, both listed and unlisted, who are members of the MAGA wing of the Republican Party spread Covid-19 conspiracies, spread false propaganda to build animosity between races to incite one race to insurrection against another race, and election lies to undermine faith in democratic processes, for financial gain.

Dinesh D'Souza conspired with True the Vote, Catherine Engelbrecht, Gregg Phillips, Salem Media, Sebastian Gorka, Larry Elder, Charlie Kirk and Dennis Prager to produce a false propaganda film and book called "20,000 Mules" to indoctrinate citizens by using subversive materials to build support for Donald Trump and sow distrust in democratic institutions, in a conspiracy against rights, for financial gain.

Donald Trump created a social media company, Truth Social, that distributes subversive materials to indoctrinate citizens of the United States, using Covid-19 conspiracy theories, QANON conspiracy theories, White Christian Nationalist ideologies and other subversive propaganda to incite one race to insurrection against another race, and sow distrust in democratic processes, for financial gain.

Chad Wolf and Donald Trump weaponized the Department of Homeland Security and Customs and Border Patrol agents against citizens engaging in protected 1st Amendment activity, protesting as part of the Black Lives Matter too movement in multiple cities throughout the United States, including deploying tear gas on peaceful protesters, whisking peaceful protesters away in unmarked vans with no justification and creating fake profiles labeling peaceful protesters as Antifa terrorist, to incite one race to insurrection against another race and attempt to diminish support for the social justice movement protest by using Federal forces to violently attack peaceful protestors seeking justice and police accountability.

Through Amshale Energy LLC CEO Defendant John Houghtaling sought investors through his Russian wife, finding 3 Russian investors, Andrey Kunatbaev, Mikhail Yuriev, and Konstantin Nikolaev. John Houghtaling via his solely owned corporation HE Ventures LLC, borrowed funds from Eucla Investments Ltd., a

foreign entity located in the British Virgin Islands, in the amount of $18,750,000, to purchase 7.125% of American Methane LLC's shares and the Russian investors borrowed funds in the amount of $5,000,000, via Bluebell Investments, a foreign entity located in the British Virgin Islands, to purchase 40.375% of the outstanding shares of American Methane LLC. Both Eucla Investments Ltd., and Bluebell Investments are both owned in part by American Methane LLC's Russian owners. John Houghtaling established American Methane LLC, in Louisiana, in 2014, he stated the purpose of American Methane LLC is to liquify and export ethane from the United States. American Methane LLC, and is owned primarily by Russians (52.5%), Alexander Voloshin and Alternative LLC, an entity owned by Russian oligarch Roman Abramovich. In November 2017 John Houghtaling, signed export deals with officials in China, even though American Methane LLC was in the business development stage, had not generated any income and was completely reliant on Russian investors for funding. Then John Houghtaling used American Methane LLC to funnel Russian money into the Republican Party via Kyle Ruckert of Bold Strategies, American Methane's Washington Lobbyist. In total according to known receipts John Houghtaling conspired with Russia and Republican's to funnel $66,200 of Russian funds to Republican politicians. $36,200 of which was in violation of 52 U.S. Code § 30118 and the total known amount according to receipts, $66,200, was in violation of 52 USC §30121.

John Houghtaling also donated to Senator Lindsey Graham when Graham was the Chairman of the Senate Appropriations Subcommittee on State, Foreign Operations and Related Programs and Senator Robert Menendez chairman of the Senate Committee on Foreign Relations though the source of funding is unknown.

Former U.S. Senator from Louisiana, David Bruce Vitter, Mercury Public Affairs, lobbied in Washington for $108,500 a month on behalf of Russian oligarch Oleg Deripaska to help Deripaska's holding company, Rusal, Russia's largest aluminum company, obtain a reduction in sanctions during the Trump administration.

Konstantin Nikolaev, one of the owners of American Methane, is a Russian billionaire who controls Promtechnologies Group according to his wife who is the head of the company, that owns Orsis, a Russian gun maker that sells sniper rifles to the Russian National Guard, that reports directly to Vladimir Putin, served on a Russian government-sponsored council for public-private partnerships in the military-industrial sector, along with influential oligarchs like Oleg V. Deripaska, a longtime associate of the Trump campaign's convicted former chairman, Paul J. Manafort, has been a discreet source of funds for business ventures useful to the Russian military and security services, a delegation from the NRA visited Orsis in December 2015, that included former NRA president David Keene accompanied by Russian operative Maria Butina, in 2011, then-NRA

president David Keene befriended Russian banker & politician Alexander Torshin. Torshin then joined with Maria Butina to form a Russian gun rights group supposedly modeled after the NRA called the Right to Bear Arms. Konstantin Nikolaev funded the gun rights organization in Russia founded by Russian operative Maria Butina, who has been convicted of conspiring to infiltrate influential conservative organizations, including Defendant National Rifle Association and Defendant National Prayer Breakfast, to push Moscow's agenda, with her boyfriend, GOP operative Paul Erickson.

Republican political operative Defendant Jesse Benton was convicted in federal court of funneling $25,000 from Russian Roman Vasilenko to Donald Trump's 2016 presidential campaign.